JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, and CONTRACTOR COMPLIANCE FUND,<br><br>      Plaintiffs,<br><br>  vs.<br><br>FTR INTERNATIONAL, INC., a California corporation,<br><br>      Defendant. | Case No.:  SACV11-00602 JST(CWx)<br><br>Assigned to the Honorable Josephine Staton Tucker<br><br>**JUDGMENT** |

///

///

///

1  This action having been commenced on April 18, 2011, and the Court having granted the *ex parte* application filed by plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., to reopen the case and enter judgment pursuant to stipulation, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, Los Angeles Electrical Workers Credit Union and Contractor Compliance Fund, shall recover from defendant FTR International, Inc., the principal amount of $821,106.03, together with post-judgment interest calculated at 7% per annum from the date judgment is entered until paid in full.

Dated: March 01, 2012  _____
                              UNITED STATES DISTRICT JUDGE