1

2

3

4

5

6

7

8             **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11   TRUSTEES OF THE SOUTHERN                    CASE NO.: SACV11-00602 JST(CWx)
     CALIFORNIA IBEW-NECA
12   PENSION PLAN, et al.,                       Assigned to the Honorable Magistrate
                                                 Judge Carla Woehrle
13        Plaintiffs/Judgment Creditors,
                                                 **ORDER FOR APPEARANCE OF**
14        vs.                                    **NIZAR KATBI, OFFICER OF**
                                                 **JUDGMENT DEBTOR**
15   FTR INTERNATIONAL, INC., a
     California corporation,                     DATE:    December 18, 2012
16                                               TIME:    10:00 a.m.
          Defendant/Judgment Debtor.            CTRM:    640
17

18

19        GOOD CAUSE APPEARING, from the application of the Plaintiffs/Judgment

20   Creditors, IT IS ORDERED that Nizar Katbi appear in Courtroom 640, of the United

21   States Courthouse for the Central District of California, located 255 East Temple

22   Street, Los Angeles, California, on **December 18, 2012, at 10:00 a.m.,** and answer

23   questions concerning property subject to the Judgment Debtor's ownership and

24   control, before the Honorable Carla Woehrle, United States Magistrate Judge.  Please

25   note that the previously scheduled exam date of November 27, 2012 is vacated.

26        IT IS FURTHER ORDERED that personal service upon the Judgment Debtor is

27   required.  *See* Cal. Code Civ. Proc. § 708.110(d).

28   / /

IT IS FURTHER ORDERED that Nizar Katbi bring with him the following documents under his control, or under the control of his agents, attorneys or accountants (photocopies may be produced in lieu of originals):

1.      All financial statements prepared by or on behalf of FTR International, Inc. for the time period from June 1, 2011 through the present.

2.      All monthly bank statements of FTR International, Inc., for all of its checking accounts and savings accounts for the time period from June 1, 2011, through the present.

3.      All savings account, pass books, certificates of deposit and trust certificates in the name of FTR International, Inc., for the time period from June 1, 2011, through the present.

4.      All negotiable instruments and negotiable securities in the name of FTR International, Inc., or owned by FTR International, Inc.

5.      All accounts receivable of FTR International, Inc., for the time period from June 1, 2011, through the present.

6.      All evidence and memoranda of any ownership interest of FTR International, Inc., in any corporation, partnership, unincorporated association or any business organized or conducted for production of income.

7.      All evidence and memoranda of any income received by FTR International, Inc. from June 1, 2011, through the present to include, but not limited to, copies of tax returns, insurance proceeds, or repayment of loans.

8.      All evidence of any ownership interest of FTR International, Inc., to include but not limited to bills of sale, pink slips or any other record of title, in any motor vehicle, airplane, boat, equipment or heavy machinery from June 1, 2011, through the present.

9.      All evidence of any license, to include but not limited to business or professional license, issued by any city, county, state or any federal government agency or department in the name of FTR International, Inc., and covering any period

**ORDER FOR APPEARANCE OF NIZAR KATBI, OFFICER OF DEFENDANT/JUDGMENT DEBTOR**
FTR_ORDER FOR APPEARANCE.DOC

of time from June 1, 2011, through the present.

10.    All evidence of any debts or payments owed to FTR International, Inc., to include but not limited to those arising from loans or judgments, for the time period from June 1, 2011, through the present.

11.    Any and all evidence or other memoranda indicating that FTR International, Inc. was either a plaintiff or a defendant in any lawsuit since June 1, 2011.

12.    Any evidence and memoranda indicating that FTR International, Inc. received any judgment, award, bequest or devise in any lawsuit or other court action since June 1, 2011.

13.    Any evidence and memoranda indicating an ownership interest of FTR International, Inc., in any patent, invention, trade name, or copyright.

14.    Any evidence and memoranda indicating an ownership interest of FTR International, Inc., in any real property or developments on real property.

15.    All subcontracts entered into by FTR International, Inc., to perform construction projects for the time period from June 1, 2011, through the present.

16.    All invoices for services performed by FTR International, Inc. on construction projects for the time period from June 1, 2011, through the present.

17.    FTR International, Inc.'s, cash disbursement journals and check registers for the time period from June 1, 2011, through the present.

18.    Evidence of all payments made by FTR International, Inc., to its creditors from the date of service of this Order through the date of the hearing.

/ /

/ /

/ /

/ /

/ /

/ /

**ORDER FOR APPEARANCE OF NIZAR KATBI, OFFICER OF DEFENDANT/JUDGMENT DEBTOR**
FTR_ORDER FOR APPEARANCE.DOC

<u>**NOTICE TO JUDGMENT DEBTOR**</u>

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY ORDER THAT YOU PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

DATED:  November 16, 2012

_____

UNITED STATES MAGISTRATE JUDGE

- 4 -

**ORDER FOR APPEARANCE OF NIZAR KATBI, OFFICER OF DEFENDANT/JUDGMENT DEBTOR**

FTR_ORDER FOR APPEARANCE.DOC